**Order entered January 14, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01342-CV

### IN RE STEVEN B. AUBREY, Relator

**Original Proceeding from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-08135**

## ORDER
Before Justices Myers, Schenck, and Nowell

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     ERIN A. NOWELL
        JUSTICE